CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke

MAR 18 2013

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LAMONT O. DOUGLAS,<br>    Plaintiff, | ) ) ) | Civil Action No. 7:11-cv-00468 |
| v. | ) ) | **ORDER** |
| GENE JOHNSON, et al.,<br>    Defendants. | ) ) ) | By:  Hon. Jackson L. Kiser<br>      Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motion for summary judgment is **DENIED in part** as to plaintiff's Fourth Amendment claims of bystander liability against Turner, Tate, Gilbert, and Wright for strip searches with female staff present and **GRANTED in part** as to all other claims on qualified immunity; defendants Johnson, Clarke, Garman, Ray, Rowlette, Reynolds, and McCoy are **TERMINATED** as defendants; the remaining defendants shall **FILE** within forty-five days of this Order a motion for summary judgment supported by affidavits addressing any affirmative defense and the merits of plaintiff's remaining Fourth Amendment claims; plaintiff **SHALL INFORM** counsel for defendants within ten days of this Order what specific personal property from his possessions at ROSP is relevant to the remaining Fourth Amendment claims and is necessary to respond to defendants' forthcoming motion for summary judgment; and plaintiff's motion for an order to transfer property (ECF no. 18) is **DISMISSED without prejudice**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 18th day of March, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge